RECEIVED
FEB 21 2007
US MARSHALS SERVICE-GUAM

AO83 (Rev. 10/03) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

DISTRICT OF     GUAM

| UNITED STATES OF AMERICA<br>V.<br><br>**MITCHELL G. CHARFAUROS**<br><br>(Name and Address of Defendant) | **SUMMONS IN A CRIMINAL CASE**<br><br>Case Number:    CR-07-00019 |
|---|---|

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place<br>**District Court of Guam**<br>**4th Floor, U.S. Courthouse**<br>**520 West Soledad Avenue, Hagatna, Guam**<br>Before:    **HONORABLE JOAQUIN V.E. MANIBUSAN, JR.** | Room<br>413 |
|---|---|
| | Date and Time<br>**Tuesday, February 27, 2007 at 9:15 a.m.** |

To answer a(n)
- ☐ Indictment
- **X** Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice

Charging you with a violation of Title    **18**    United States Code, Section(s)    **641**

Brief description of offense:

**Theft of Government Property**

FILED
DISTRICT COURT OF GUAM
FEB 23 2007
MARY L.M. MORAN
CLERK OF COURT

**VIRGINIA T. KILGORE, Deputy Clerk**
Name and Title of Issuing Officer

Signature of Issuing Officer

**February 21, 2007**
Date

ORIGINAL

AO83 (Rev. 10/03) Summons in a Criminal Case

## RETURN OF SERVICE

| | Date |
|---|---|
| Service was made by me on:[1] | 2/23/07 |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at:
US Probation, Hayat Gr

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address. Name of person with whom the summons was left:

☐ Returned unexecuted:

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service is true and correct.

Returned on  2/23/07
         Date

_____
Name of United States Marshal

_____
(by) Deputy United States Marshal

Remarks:

---

[1] As to who may serve a summons, see Rule 4 of the Federal Rules of Criminal Procedure.