LEONARDO M. RAPADAS
United States Attorney
KRISTIN D. ST. PETER
Special Assistant U.S. Attorney
Suite 500, Sirena Plaza
108 Hernan Cortez Avenue
Hagatna, Guam 96910
Telephone: (671) 472-7332/7283
Telecopier: (671) 472-7334

Attorneys for the United States of America

# IN THE UNITED STATES DISTRICT COURT
# FOR THE TERRITORY OF GUAM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CRIMINAL CASE NO. 07-00019 |
| Plaintiff, | ) | **O R D E R** |
| vs. | ) | **Motion to Vacate Trial** |
| MITCHELL G. CHARFAUROS, | ) | |
| Defendant. | ) | |

Upon motion of the Government, **IT IS SO ORDERED** that the Trial currently scheduled for April 24, 2007, is hereby vacated.

/s/ **Frances M. Tydingco-Gatewood**
    **Chief Judge**
**Dated: Apr 12, 2007**